UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------------x

ZAKENI LIMITED,

                Plaintiff,                Index No. _____

      - against -

SPYR INC. f/k/a EAT AT JOES, LTD.,

                Defendant.

------------------------------------------------------------------------x

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Zakeni Limited makes the following disclosure:

Zakeni Limited has no parent corporation.  There is no publicly-held corporation that owns 10% or more of Zakeni Limited.

Dated: Wilmington, Delaware
       October 13, 2015

                                      JOSPEH CHRISTENSEN P.A.

                                      ___/s/ *Joseph Christensen*_____
                                      Joseph Christensen, Esq.
                                      (DE Bar #5146)
                                      921 North Orange Street
                                      Wilmington, DE 19801
                                      (302) 655-1243

                                      *Counsel for Plaintiff*

Of Counsel:

NEWMAN LAW, P.C.
Evan M. Newman
Allen Schwartz
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516
(516) 545-0343